IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-2460-JLK**

**TOM REYNOLDS and DEBBIE REYNOLDS, individually and d/b/a/ENERGY PLUS, INC, a Colorado limited partnership,**

    Plaintiff,

v.

**MUELLER RANCH HOMEOWNERS ASSOCIATION, INC., a Colorado Non-profit corporation; et al.**

    Defendants.

## ORDER

Kane, J.

In accordance with my September 29, 2004 Order on Attorney Fees and the February 4, 2005 Affidavit of Murray A. Weiner, Esq. in support of the reasonableness of the fees and costs requested, it is

ORDERED that fees in the amount of $76,429.50 and costs in the amount of $10,668.38 be awarded the Mueller Ranch Homeowners Association pursuant to Section 8.06 of the Mueller Ranch covenants.

IT IS SO ORDERED this 20th day of September, 2005.

                                          BY THE COURT:

                                          **s/John L. Kane**
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT